Robert M. Pattison (State Bar No. 103528)
Mark S. Askanas (State Bar No. 122745)
Punam Sarad (State Bar No. 217091)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
PLATO, INC.

ORIGINAL FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

WHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 3794

| | |
|---|---|
| JAMES D. YURMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PLATO, INC., a Delaware corporation doing business in California; THE LIGHTSPAN PARTNERSHIP, INC., a California corporation; and DOES 1-25,<br><br>Defendant(s). | Case No.<br><br>**CERTIFICATE OF INTERESTED ENTITIES [Civil Local Rule 3-16]** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF JAMES D. YURMAN, AND HIS ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, Defendant PLATO, INC. certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities, (i) have a financial interest in the subject matter in controversy, or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

///

///

---

1
CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]                                          Case No.

1         (a)    Plato, Inc.

2 Dated: August 7, 2008               JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Mark S. Askanas
Punam Sarad
Attorneys for Defendant
PLATO, INC.

2

CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]                                     Case No.