1  Robert M. Pattison (State Bar No. 103528)
   Mark S. Askanas (State Bar No. 122745)
2  Punam Sarad (State Bar No. 217091)
   JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, California 94105
4  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
5

6  Attorneys for Defendant
   PLATO, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | JAMES D. YURMAN, an individual,          | Case No. CV-08-3794 WHA
12 |                Plaintiff,                | **CERTIFICATE OF SERVICE**
13 |        vs.                               |
   |                                          | Removal Filed:   August 7, 2008
14 | PLATO, INC., a Delaware corporation doing|
   | business in California; THE LIGHTSPAN    |
15 | PARTNERSHIP, INC., a California corporation; |
   | and DOES 1-25,                           |
16 |                                          |
17 |                Defendant(s).             |

18         I, Belinda Vega, declare that I am employed with the law firm of Jackson Lewis

19 LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over

20 the age of eighteen (18) years and am not a party to this action.

21         On August 8, 2008, I served the **(1) CIVIL COVER SHEET;**

22 **(2) NOTICE OF REMOVAL TO FEDERAL COURT [28 U.S.C. §1441(a) and (b) –**

23 **Diversity of Citizenship Jurisdiction]; (3) CERTIFICATE OF INTERESTED ENTITIES**

24 **[Civil Local Rule 3-16]; (4) ORDER SETTING INITIAL CASE MANAGEMENT**

25 **CONFERENCE AND ADR DEADLINES; (5) SUPPLEMENTAL ORDER TO ORDER**

26 **SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE**

27 **JUDGE WILLIAM ALSUP; STANDING ORDER FOR ALL JUDGES OF THE**

28 **NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE**

                                        1

| | |
|---|---|
| 1 | MANAGEMENT STATEMENT (6) NOTICE OF AVAILABILITY OF MAGISTRATE |
| 2 | JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR |
| 3 | WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; |
| 4 | **(7) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; and (8) Consenting** |
| 5 | **To A Magistrate Judge's Jurisdiction In The Northern District Of California [pamphlet]** in |
| 6 | this action by placing a true and correct copy of each thereof, enclosed in a sealed envelope |
| 7 | addressed as follows: |

8  UNITED EMPLOYEES LAW GROUP, P.C.        Attorneys for Plaintiff
   Walter L. Haines, Esq. SBN 71075
9  Gregory A. Douglas, Esq. SBN 147166       JAMES D. YURMAN
   Richard W. Greenbaum, Esq. SBN 93911
10 65 Pine Ave., #312
   Long Beach, CA  90802
11 Tel.:  (562) 256-1047
   Fax:  (562) 256-1006
12

13  [X]   **BY MAIL**: United States Postal Service by placing sealed envelopes with the postage

14         thereon fully prepaid, placed for collection and mailing on this date, following ordinary

15         business practices, in the United States mail at San Francisco, California.  **[( )** *Courtesy*

16         *copy by fax.*]

17  [ ]   **BY HAND DELIVERY**:  I caused such envelope to be delivered by hand to the above

18         address.

19  [ ]   **BY OVERNIGHT DELIVERY**:  I caused such envelope to be delivered to the above

20         address within 24 hours by overnight delivery service.

21         I declare that I am employed in the office of a member of the bar of this Court at

22  whose direction the service was made.

23         Executed on August 8, 2008, at San Francisco, California.

24

25                                           _____
                                                     Belinda Vega
26

27

28

CERTIFICATE OF SERVICE                               Case No.  CV-08-3794 WHA