Robert M. Pattison (State Bar No. 103528)
Mark S. Askanas (State Bar No. 122745)
Punam Sarad (State Bar No. 217091)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401

Attorneys for Defendant
PLATO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. YURMAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PLATO, INC., a Delaware corporation doing business in California; THE LIGHTSPAN PARTNERSHIP, INC., a California corporation; and Does 1 through 25,<br><br>    Defendant(s). | Case No.  CV-08-3794 WHA<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant PLATO, INC. (" PLATO") answers the Complaint ("Complaint") filed on behalf of Plaintiff JAMES D. YURMAN ("Plaintiff") as follows:

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

1. The allegations in paragraph 1 of Plaintiff's Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendant PLATO denies the allegations.

2. Defendant PLATO is without sufficient information to form a belief as to the truth of falsity of the allegations in paragraph 2. Accordingly, Defendant PLATO denies the allegations.

3. Defendant PLATO admits the allegations in paragraph 3.

4. Defendant PLATO denies the allegations in paragraph 4.

5. Defendant PLATO admits that it employed Plaintiff. Defendant PLATO affirmatively alleges that Plaintiff exercised control over his hours and schedule to some extent. The remaining allegations in paragraph 5 contain legal conclusions to which no response is required. To the extent a response is required, Defendant PLATO denies the allegations.

6. Paragraph 6 contains legal conclusions to which no response is required. Accordingly, to the extent a response is required, Defendant PLATO denies the allegations.

7. Defendant PLATO denies the allegations in paragraph 7.

8. Defendant PLATO denies that it has any office in the State of California. Defendant PLATO denies the remaining allegations in paragraph 8.

9. Defendant PLATO denies the allegations in paragraph 9.

10. Defendant PLATO denies the allegations in paragraph 10.

11. Defendant PLATO denies the allegations in paragraph 11.

12. Defendant PLATO admits that Plaintiff was employed as a Tech Support Analyst during 2006 and 2007. Defendant PLATO denies the remaining allegations in paragraph 12.

13. Defendant PLATO denies the allegations in paragraph 13.

14. Paragraph 14 contains legal conclusions to which no response is required. Accordingly, to the extent a response is required, Defendant PLATO denies the allegations.

15. Defendant PLATO denies the allegations in paragraph 15.

16. Defendant PLATO denies the allegations in paragraph 16.

17. Paragraph 17 contains legal conclusions to which no response is required. Accordingly, to the extent a response is required, Defendant PLATO denies the allegations.

18. Defendant PLATO denies the allegations in paragraph 18.

19. Defendant PLATO denies the allegations in paragraph 19.

20. Defendant PLATO denies the allegations in paragraph 20.

21. Paragraph 21 contains legal conclusions to which no response is required. Accordingly, to the extent a response is required, Defendant PLATO denies the allegations.

22. Defendant PLATO denies the allegations in paragraph 22.

23. Paragraph 23 contains legal conclusions to which no response is required. Accordingly, to the extent a response is required, Defendant PLATO denies the allegations.

24. Defendant PLATO denies the allegations in paragraph 24.

25. Defendant PLATO denies the allegations in paragraph 25.

26. Defendant PLATO denies the allegations in paragraph 26.

## FIRST CAUSE OF ACTION

### (Failure to Pay Overtime – Against All Defendants)

27. Paragraph 27 contains no new allegations. Accordingly, Defendant PLATO repeats and incorporates by reference its responses to the previous allegations.

28. Defendant PLATO denies the allegations in paragraph 28.

29. Defendant PLATO denies the allegations in paragraph 29.

30. Defendant PLATO denies the allegations in paragraph 30.

31. Defendant PLATO denies the allegations in paragraph 31.

32. Defendant PLATO denies the allegations in paragraph 32.

33. Defendant PLATO admits that it employed Plaintiff as a Tech Support Analyst during part of the last four years preceding the filing of his Complaint.

34. Defendant PLATO denies the allegations in paragraph 34.

35. Defendant PLATO denies the allegations in paragraph 35.

36. Defendant PLATO denies the allegations in paragraph 36.

## SECOND CAUSE OF ACTION

### (Waiting Time Penalties – Cal. Lab. Code §§203, 558 et seq. – Against All Defendants)

37. Paragraph 37 contains no new allegations. Accordingly, Defendant PLATO repeats and incorporates by reference its responses to the previous allegations.

38. Defendant PLATO admits that Plaintiff ceased to be employed by PLATO on or about January 31, 2008. Defendant PLATO denies the remaining allegations.

39. Defendant PLATO denies the allegations in paragraph 39. Defendant PLATO paid Plaintiff all wages that were due and, in addition, paid Plaintiff severance upon termination.

40. Defendant PLATO denies the allegations in paragraph 40.

1   41.   Defendant PLATO denies the allegations in paragraph 41.

2   42.   Defendant PLATO denies the allegations in paragraph 42.

### THIRD CAUSE OF ACTION

### (For Violation of Labor Code §226 – Failure to Provide Accurate Itemized Statements Against All Defendants)

43.   Paragraph 43 contains no new allegations. Accordingly, Defendant repeats and incorporates by reference its responses to the previous allegations.

44.   Defendant PLATO denies the allegations in paragraph 44.

45.   Defendant PLATO denies the allegations in paragraph 45.

46.   Defendant PLATO denies the allegations in paragraph 46.

### FOURTH CAUSE OF ACTION

### (Compensation for Required Meal Periods Not Provided – Lab. Code §§ 226.7, 512, and IWC Wage Orders – Against All Defendants)

47.   Paragraph 47 contains no new allegations. Accordingly, Defendant PLATO repeats and incorporates by reference its responses to the pervious allegations.

48.   Paragraph 48 contains legal conclusions to which no response is required. Accordingly, to the extent a response is required, Defendant PLATO denies the allegations.

49.   Defendant PLATO denies the allegations in paragraph 49.

50.   Defendant PLATO denies the allegations in paragraph 50.

### FIFTH CAUSE OF ACTION

### (Compensation for Required Rest Periods Not Provided – Lab. Code §§ 226.7 and IWC Wage Orders – Against All Defendants)

51.   Paragraph 51 contains no new allegations. Accordingly, Defendant PLATO repeats and incorporates by reference its responses to the previous allegations.

52.   Paragraph 52 contains legal conclusions to which no response is required. Accordingly, to the extent a response is required, Defendant PLATO denies the allegations.

53.   Defendant PLATO denies the allegations in paragraph 53.

54.   Defendant PLATO denies the allegations in paragraph 54.

## SIXTH CAUSE OF ACTION

**(For Unfair Competition In Violation of Unfair Business Practices – Business & Professions Code §§ 17200 *et. seq.* – By Plaintiffs Acting Each Individually – Against All Defendants)**

55. Paragraph 55 contains no new allegations. Accordingly, Defendant PLATO repeats and incorporates by reference its responses to the previous allegations.

56. Paragraph 56 contains legal conclusions to which no response is required. Accordingly, to the extent a response is required, Defendant PLATO denies the allegations.

57. Defendant PLATO denies the allegations in paragraph 57.

58. Paragraph 58 contains legal conclusions to which no response is required. Accordingly, to the extent a response is required, Defendant PLATO denies the allegations.

59. Defendant PLATO denies the allegations in paragraph 59.

60. Defendant PLATO denies the allegations in paragraph 60.

61. Defendant PLATO denies the allegations in paragraph 61.

62. Defendant PLATO denies the allegations in paragraph 62.

63. Defendant PLATO denies the allegations in paragraph 63.

64. Defendant PLATO denies the allegations in paragraph 64.

## SEVENTH CAUSE OF ACTION

**(Failure to Pay Overtime and to Furnish Itemized Wage Statement Labor Code, Section 2699 – Against All Defendants)**

65. Paragraph 65 contains no new allegations. Accordingly, Defendant PLATO repeats and incorporates by reference its responses to the previous allegations.

66. Defendant PLATO denies the allegations in paragraph 66.

67. Defendant PLATO denies the allegations in paragraph 67.

68. Defendant PLATO denies the allegations in paragraph 68.

69. Defendant PLATO denies the allegations in paragraph 69.

/ / /

/ / /

/ / /

## AFFIRMATIVE DEFENSES

## (As separate and distinct affirmative defense to Plaintiff's Complaint and alleged claims, Defendant alleges as follows)

1. Plaintiff's purported claims for relief fail to state a claim upon which relief can be granted.

2. To the extent Plaintiff seeks statutory waiting time penalties pursuant to Labor Code section 203, such penalties must be barred or reduced to the extent Defendant PLATO acted in good faith and non-willfully as described in Cal. Code Regs., tit. 8, § 13520.

3. The Third, Fourth, and Fifth Causes of Action in the Complaint are barred in whole or in part as Plaintiff declined or refused to take meal or rest periods provided by Defendant PLATO.

4. The First, Third, Fourth and Fifth Causes of Action in the Complaint are barred in whole or in part by the applicable statutes of limitations, including without limitation Code of Civil Procedure section 338 subdivision (a) to the extent the claims exceed the three-year limitations period.

5. The Second and Seventh Causes of Action in the Complaint are barred in whole or in part by the applicable statutes of limitations, including without limitation Code of Civil Procedure section 340 subdivisions (a) and (b) to the extent the claims exceed the one-year limitations period.

6. Defendant PLATO hereby asserts any and all other affirmative defenses which may arise after Defendant has had a reasonable opportunity for investigation and discovery.

## PRAYER FOR RELIEF

WHEREFORE, Defendant PLATO respectfully requests for this Court to enter judgment as follows:

1. That Plaintiff take nothing by his Complaint and that the Complaint be dismissed with prejudice and on the merits;

2. That Defendant PLATO be awarded its costs, disbursements and attorney's fees; and

6

DEFENDANT'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT                                   Case No. CV-08-3794 WHA

3.   That Defendant PLATO be awarded all such other and further relief as the Court shall deem just and proper in these circumstances.

Dated: August 14, 2008                    JACKSON LEWIS LLP

                              By:    /s/ Robert M. Pattison
                                     Robert M. Pattison
                                     Mark S. Askanas
                                     Punam Sarad
                                     Attorneys for Defendant
                                     PLATO, INC.