IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES D. YURMAN, an individual,

   v.

PLATO, INC., a Delaware corporation doing business in California, THE LIGHTSPAN PARTNERSHIP, INC., a California corporation, and DOES 1–25,

      Defendants.
                                     /

No. C 08-003794 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court is in receipt of the parties' notice of settlement and request to take off calendar the final pretrial conference and trial dates. Please take notice that deadlines remain operative until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: April 6, 2009.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE