WALTER L. HAINES, Bar No. 71075
GREGORY A. DOUGLAS, Bar No. 147166
ANGIE PHUNG, Bar No. 238949
UNITED EMPLOYEES LAW GROUP, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802
Telephone: 562.256.1047
Facsimile: 562.256.1006

aphung@uelglaw.com

ATTORNEYS FOR PLAINTIFF JAMES D. YURMAN

WILLIAM J. EGAN
OPPENHEIMER, WOLFF & DONNELLY, LLP
45 SOUTH SEVENTH STREET
MINNEAPOLIX, MN 55402-1609
Telephone: 612.607.7000
Facsimile: 612.607.7100
Djordan-Huffman@oppenheimer.com

Attorneys for Defendants
PLATO LEARNING, INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. YURMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>PLATO, INC., a Delaware corporation doing business in California; THE LIGHTSPAN PARTNERSHIP, INC., a California corporation; and DOES 1-25,<br><br>Defendant(s). | Case No. C 08-03794 WHA<br><br>ASSIGNED TO THE HONORABLE WILLIAM H. ALSUP<br><br>**REQUEST FOR DISMISSAL; [~~PROPOSED~~] ORDER** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949 705 3000

PLEASE TAKE NOTICE that the above mentioned matter reached settlement on March 06, 2009. The parties memorialized their agreement in a Settlement Agreement. The Settlement Agreement was fully executed on March 17, 2009 and the settlement money has been paid in full.

Accordingly, Plaintiff respectfully submits this Request for Dismissal With Prejudice for the Court's review and approval.

Dated: May 05, 2009

*/s/ Angie Phung*

Angie V. Phung, Esq.
Attorneys for Plaintiff
JAMES YURMAN

## ORDER

In accordance with the parties' full satisfaction of the terms of the settlement agreement, the above-mentioned matter is hereby dismissed with prejudice.

DATE: May 7, 2009

IT IS SO ORDERED
Judge William Alsup

HONORABLE WILLIAM H. ALSUP

1.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000